In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-14275

_____

BETTY WADE,
in her capacity as Personal Representative of the Estate of David
Henegar,

Plaintiff-Appellant,

*versus*

GEORGIA CORRECTIONAL HEALTH, LLC,
AUGUSTA UNIVERSITY,
AUGUSTA UNIVERSITY HEALTH,
BILL NICHOLS,
SHARON LEWIS, et al.,

Defendants-Appellees.

2                           Order of the Court                           21-14275

———————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:18-cv-00192-AT

———————————

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.